UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERY BRYANT PAYNE,

    Petitioner,

  v.

STATE OF WASHINGTON,

    Respondent,

Case No. C06-5059RBL

ORDER DISMISSING
THE PETITION
WITHOUT PREJUDICE

    This habeas corpus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner filed this action under 28 U.S.C. § 2254. When the court reviewed the petition prior to service the court noted several defects. The petition is unexhausted and does not name a proper respondent. The court entered an order to show cause why the petition should not be dismissed. (Dkt. # 7).

    Petitioner has responded and asks permission to "withdraw" the petition. Pursuant to Fed. R. Civ. P. 41(a) a petitioner may voluntarily dismiss his case when no answer or motion for summary judgment has been filed by an adverse party. Rule 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer

ORDER
Page - 1

1     This petition has not been served and petitioner may dismiss the petition,

2     The Clerk is directed to send a copy of this Order to petitioner and to **DISMISS** this petition

3 **WITHOUT PREJUDICE.**

4     DATED this 16th day of May, 2006.

                                                _____
                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

Recommended for entry this
16th day of May, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2